1

2

3

4

5

6

7

8          **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   United States of America,                    Mag. No. 3:09-mj-0048CMK

12              Plaintiff,

13        vs.                                      ORDER DENYING MOTION
                                                   SHORTENING TIME
14   Brian Ganoe, Donald McKay, and
     Mac McFarlin ,
15              Defendants.

16   _____/

17          The defendants have applied ex parte for an order shortening time to be heard on

18   their Motion to Preserve Evidence [Doc. 6].   The gravamen of defendants' motion appears to

19   center on their request to enter federal lands to perform repair or reclamation work to a road

20   which was allegedly damaged by the acts of the defendants.  [Doc. 1].

21          Defendants assert that the motion should be heard on shortened time because of

22   the onslaught of adverse weather and the potential for further destruction of the road and nearby

23   area.

24          The present motion to shorten time does not establish that plaintiff will be

25   irreparably prejudiced if its motion is heard on the regular motion calendar.  Nor do defendants

26   establish that they were without fault in creating whatever it is that they perceive as a crisis

                                              1

1   condition.  The court also expresses doubt whether the authority cited by defendants in their

2   moving papers support the novel request to allow defendants in a criminal action to perform

3   activities or tests that would physical alter or change the evidence in a case without the consent

4   of the government.

5           A defendant's Fourteenth Amendment due process rights include a general right to

6   access evidence.  The government's duty to preserve evidence, however, only requires that

7   evidence be preserved if it "might be expected to play a significant role in the suspect's defense."

8   California v. Trombetta, 467 U.S. 479, 488, 104 S. Ct. 2528, 2534, 81 L. Ed. 2d 413 (1984).  The

9   evidence may not be destroyed if its exculpatory value is apparent.  Unless the defendants have

10  additional authority, however,  Trombetta cannot be interpreted to allow defendants the type of

11  remedial access to the road and nearby area as envisioned in the Declaration of Donald Olson.

12  [Doc. 7].

13          For these reasons, defendants' application for an order shortening time is denied.

14          The Clerk is instructed to place plaintiff's motion on the Law and Motion calendar

15  for November 19, 2009, at 11:00, and give notice to all parties of the time for hearing same.

16          Accordingly, IT IS HEREBY ORDERED THAT:

17          1. Defendants' Ex Parte Application for an Order Shortening Time is denied.

18          2. Defendants' Motion to Preserve Evidence is set before the undersigned on

19  November 19, 2009, at the United States Courthouse in Redding, California.  Any party may

20  appear telephonically.  Each party may serve and file supplemental authority not later than four

21  court days before the hearing.

22

23   DATED:  October 16, 2009

24                                                    _____
                                                      **CRAIG M. KELLISON**
25                                                    UNITED STATES MAGISTRATE JUDGE

26