IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　　v.<br><br>Brian Ganoe, Donald McKay, and<br>Mac McFarlin<br>　　　　Defendants. | Mag. No. 3:09-mj-0048CMK<br><br><br>ORDER DENYING MOTION<br>FOR RECONSIDERATION |

　　　　The defendants have filed a motion for reconsideration of this court's order denying their application for an order shortening time.

　　　　The defendants do not state "what new or different facts or circumstances are claimed to exist that did not exist or were not shown upon such prior motion or what other grounds exist for the motion." See Local Rule 12-430(i).  Similarly, defendants' belief that said motion is an appeal of this court's ruling to the District Court is also misplaced.  Local Rule 58-421.

///

1 |         Accordingly,

2 |     IT IS HEREBY ORDERED THAT:

3 |     1. Defendants' Motion for Reconsideration is denied.

5 | DATED: October 27, 2009

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE