```
                  IN THE UNITED STATES DISTRICT COURT

                     EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,            CASE NO.  3:09-mj-0048 CMK

            Plaintiff,           ORDER

vs.

BRIAN GANOE, DONALD McKAY,
and MAC McFARLIN,

            Defendants.
_____/
```

The court trial in the above-entitled case is continued from April 6, at 9:00 a.m., to July 20, 2010, at 9:00 a.m.  The court is skeptical regarding the need for a continuance in this matter.  The court finds that counsel for the government has and will have ample time to prepare for his trial on April 12th.  This case is not expected to exceed three days.  Similarly, counsel for the defense has previously objected to delay in this action claiming that his clients have been denied the right to a speedy trial.  (Doc. 16)  There will be no further continuances.  If the government is unable to proceed on July 20th, the court shall dismiss this action with prejudice.

/ / /

/ / /

1   IT IS SO ORDERED.

3   DATED:  March 25, 2010

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE