IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Brian Ganoe, Donald McKay, and<br>Mac McFarlin,<br><br>Defendants.<br>_____ / | Case No. 3:09-mj-0048 CMK<br><br>ORDER |

     On September 30, 2010, the government filed its Post-Trial Brief [Doc. 39]. The defendants filed their opposition to this filing [Doc. 40], correctly noting that this court's minute order of July 26, 2010 [Doc. 34] imposed the deadline of August 27, 2010, as the final day to file post-trial briefs. Of course the defendants' position in objecting to the late filing is sound, but possibly counterproductive to having the arguments relating to restitution and causation fully briefed. Since the filing of post trial briefs was optional, certainly no advantage is gained or lost in the striking of said document.

     As of this day, the court has not arrived at a decision in this case, so striking government's brief, or alternatively allowing defendants to file a reply brief, are both appropriate alternatives. In their opposition, however, defendants do not suggest or embrace the latter alternative.

1 | Accordingly, IT IS HEREBY ORDERED that defendants' motion to strike the
2 | governments Post-Trial Brief is granted [Doc. 39].

  DATED: October 29, 2010

*(signature)*
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE